# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF LION ENTERPRISES, INC., | ) 1:00sw03176 DLB<br>)<br>) ORDER GRANTING LION RAISINS INC.'S<br>) MOTION TO UNSEAL THE AFFIDAVIT OF<br>) RALPH R. THOMPSON IN SUPPORT OF<br>) SEARCH WARRANT No. 00sw03176<br>)<br>) (Document 8)<br>)<br>) |

On September 15, 2009, Lion Raisins, Inc., filed the instant motion to unseal the Affidavit of Ralph R. Thompson in support of Search Warrant No. 00sw03167. The matter was heard on October 9, 2009, before the Honorable Dennis L. Beck, United States Magistrate Judge. Wesley T. Green appeared on behalf of Lion Raisins, Inc. Mark Cullers and Sheila O'berto appeared on behalf of the United States of America.

The United States of America does not oppose this motion and it is therefore GRANTED. The Affidavit of Ralph R. Thompson in support of Search Warrant No. 00sw03167 is ORDERED UNSEALED.

IT IS SO ORDERED.

Dated:   **October 14, 2009**                    **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE